UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANJAY GUPTA,

       Plaintiff,                      Case No. 1:23–cv–201

v.                                         Hon. Paul L. Maloney

TERESA K. WOODRUFF, et al.,

       Defendants.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE
AND NOTICE OF DEFICIENCY**

      NOTICE is hereby given that the above-captioned case was electronically filed in this court on February 24, 2023 .   The case has been assigned to Paul L. Maloney .
      The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted.  **The 402.00 filing fee or the IFP motion is due immediately**. Failure to comply may result in dismissal of the action.  To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Civil Case) – Credit Card Payment* event.  For further information, see the reference materials available on the court website.

                                                   CLERK OF COURT

Dated:  February 27, 2023      By:   /s/ E. Doerr_____
                                                   Deputy Clerk