UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANJAY GUPTA, an individual,

    Plaintiff,

v.

TERESA K. WOODRUFF, et al., current and former employees of Michigan State University, sued in his or her person and official capacities, jointly and severally,

    Defendants.

Case No. 1:23-cv-00201

Hon. Paul L. Maloney

---

**STIPULATED ORDER REGARDING DEADLINE TO RESPOND TO COMPLAINT**

This matter comes before the Court on the Parties' stipulation regarding Defendants' deadline to respond to the complaint, as follows:

1. Defendants shall respond to Plaintiff's Complaint on or before May 22, 2023.

2. At this time, Defendants intend to file a single, omnibus motion to dismiss in lieu of filing separate answers, and if they do so, such omnibus motion shall not exceed 17,000 words.  If, however, one or more of the Defendant(s) chooses to file his or her own motion(s) to dismiss, the length of such motion(s) will be governed by the Local Rules of this Court.

**SO ORDERED.**


DATE: _____

                                                      _____
                                                      **Hon. Paul L. Maloney**
                                                      **U.S. District Court Judge**

**STIPULATED AND AGREED BY:**

/s/ *Nancy A. Temple (with permission)*
Nancy A. Temple
Matthew Koschnitzki
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
(312) 663-0800
ntemple@kattentemple.com
mkoschnitzki@kattentemple.com
*Counsel for Plaintiff*

/s/ *Steven F. Stapleton*
Steven F. Stapleton
Maria Cesira Fracassa Dwyer
Clark Hill PLC (Grand Rapids)
200 Ottawa Ave., NW, Ste. 500
Grand Rapids, MI 49503
(616) 608-1145
Fax: (616) 608-1159
sstapleton@clarkhill.com
mdwyer@clarkill.com
*Counsel for Defendants Schmidtke and Towe*

/s/ *Marisa Tara Darden*
Marisa Tara Darden
Ariel Cohen
Elizabeth Safier
Squire Patton Boggs LLP (Cleveland)
1000 Key Tower
127 Public Sq.
Cleveland, OH 44114
(216) 479-8627
Fax: (216) 479-8780
marisa.darden@squirepb.com
ariel.cohen@squirepb.com
elizabeth.safie@squirepb.com
*Counsel for Defendant Austin*

/s/ *Paul Krieger*
Krieger Kim & Lewin LLP
350 Fifth Ave., Ste. 7710
New York, NY 10118
(212) 390-9552
paul.krieger@kklllp.com
*Counsel for Defendant Woodruff*

/s/ *Adam Hollingsworth*
Adam Hollingsworth
Jones Day (Cleveland)
North Point
901 Lakeside Ave.
Cleveland, OH 44114-1190
(216) 586-7235
ahollingsworth@jonesday.com
*Counsel for Defendant Jeitschko*

/s/ *Charyn K. Hain*
Charyn K. Hain
Varnum Riddering Schmidt & Howlett LLP (Grand Rapids)
Bridgewater Place
333 Bridge St., NW
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6297
ckhain@varnumlaw.com
*Counsel for Defendant Stanley*

/s/ *Uri Abt*
Uri Abt
Law Office of Uri Abt PLLC
517 Wildwood Dr.
East Lansing, MI 48823
(517) 858-9410
uri@abtlawfirm.com
*Counsel for Defendant Guerrant*