UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANJAY GUPTA, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-00201 |
| | ) | |
| TERESA K. WOODRUFF, et al., | ) | Hon. Paul L. Maloney |
| current former employees of Michigan State University, sued in their personal and official capacities, jointly and severally, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO COMPEL RULE 26(f) CONFERENCE**

For the reasons set forth in the accompanying Brief, Plaintiff respectfully requests that the Court grant its Motion to Compel a Rule 26(f) Conference and order Defendants to participate in a telephonic conference within five business days. Pursuant to Local Rule 7.1(d), the attached certificate describes Plaintiff counsel's good-faith efforts to resolve the parties' dispute in connection with this Motion.

Dated: May 16, 2023               Respectfully submitted,

                                   /s/  Nancy A. Temple
                                  Nancy A. Temple
                                  Richard Kapnick
                                  William Bruce
                                  Katten & Temple, LLP
                                  209 S. LaSalle St., Ste. 950
                                  Chicago, IL  60604
                                  (312) 663-0800
                                  ntemple@kattentemple.com
                                  rkapnick@kattentemple.com
                                  wbruce@kattentemple.com

1