**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SANJAY GUPTA,

        Plaintiff,                                   Case No. 1:23-cv-00201

v.                                               Hon. Paul L. Maloney

TERESA K. WOODRUFF, et al.,

        Defendants.

---

## DEFENDANTS' OMNIBUS MOTION TO DISMISS
## PLAINTIFF SANJAY GUPTA'S COMPLAINT

### ORAL ARGUMENT REQUESTED

Defendants Woodruff, Stanley, Jeitschko, Austin, Schmidtke, Towe, and Guerrant, through their respective counsel, move to dismiss Plaintiff's Complaint (ECF No. 1) under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) in lieu of filing an answer based on the following grounds: Eleventh Amendment immunity, qualified immunity, and failure to state a viable legal claim upon which relief may be granted. No amount of discovery will change these dispositive issues.

Defendants certify that prior to filing this motion to dismiss, counsel for Defendants sought Plaintiff's concurrence in this motion, in whole or in part, without court action. *See* Local Civil Rule 7.1(d). Concurrence was denied, making this motion necessary.

WHEREFORE, for these reasons and those stated more fully in the attached brief, the Defendants respectfully request that the Court grant this motion, dismiss Plaintiff's Complaint in its entirety with prejudice, and award any other relief to which the Defendants may be entitled as the Court deems appropriate under the circumstances.

Respectfully submitted,

/s/ Steven F. Stapleton
Steven F. Stapleton
Maria Cesira Fracassa Dwyer
Clark Hill PLC (Grand Rapids)
200 Ottawa Ave., NW, Ste. 500
Grand Rapids, MI 49503
(616) 608-1145
Fax: (616) 608-1159
sstapleton@clarkhill.com
mdwyer@clarkill.com
*Counsel for Defendants Schmidtke and Towe*

/s/ Marisa Tara Darden (with permission)
Marisa Tara Darden
Squire Patton Boggs LLP (Cleveland)
1000 Key Tower
127 Public Sq.
Cleveland, OH 44114
(216) 479-8627
Fax: (216) 479-8780
marisa.darden@squirepb.com
*Counsel for Defendant Austin*

/s/ Charyn K. Hain (with permission)
Charyn K. Hain
Varnum Riddering Schmidt & Howlett LLP (Grand Rapids)
Bridgewater Place
333 Bridge St., NW
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6297
ckhain@varnumlaw.com
*Counsel for Defendant Stanley*

/s/ Uriel Abt (with permission)
Uriel Abt
Law Office of Uri Abt PLLC
517 Wildwood Dr.
East Lansing, MI 48823
(517) 858-9410
uri@abtlawfirm.com
*Counsel for Defendant Guerrant*

/s/ Paul Krieger (with permission)
Krieger Kim & Lewin LLP
350 Fifth Ave., Ste. 7710
New York, NY 10118
(212) 390-9552
paul.krieger@kklllp.com
*Counsel for Defendant Woodruff*

/s/ Adam Hollingsworth (with permission)
Adam Hollingsworth
Jones Day (Cleveland)
North Point
901 Lakeside Ave.
Cleveland, OH 44114-1190
(216) 586-7235
ahollingsworth@jonesday.com
*Counsel for Defendant Jeitschko*

Dated: May 22, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Steven F. Stapleton*
Steven F. Stapleton
Clark Hill PLC (Grand Rapids)
*Counsel for Defendants Schmidtke and Towe*