UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANJAY GUPTA,

        Plaintiff,                               Case No. 1:23-cv-00201

v.                                                Hon. Paul L. Maloney

TERESA K. WOODRUFF, et al.,

        Defendants.

## INDEX OF EXHIBITS

Exhibit 1:     Plaintiff's May 5, 2015 Offer Letter

Exhibit 2:     RVSM Policy

Exhibit 3:     University Reporting Protocol: Relationship Violence, Sexual Misconduct, and Stalking

Exhibit 4:     OIE Failure to Mandatory Report Memorandum, Case No 2022-00907

Exhibit 5:     August 8, 2022 letter from Austin to Woodruff

Exhibit 6:     August 12, 2022 letter from Austin to Gupta

Exhibit 7:     MSU Bylaws for Academic Governance – April 2022

Exhibit 8:     Broad College of Business Policies on Named/Endowed Faculty Positions

## UNPUBLISHED CASES

*Bullock v. Bd. of Regents*, 1989 WL 140167 (6th Cir. Nov. 21, 1989)

*Dvorak v. Wright State Univ.*, 1997 WL 1764779 (S.D. Ohio Sept. 3, 1997)

*Foote v. Dow Chem. Co.*, 2010 WL 173777 (Mich. Ct. App. Jan. 19, 2010)

*George v. Wayne County*, 1997 WL 33350581 (Mich. Ct. App. Apr. 18, 1997)

*Guzall v. Michigan State Univ., et al.*, Case No. 20-000189-MK (Mich. Ct. of Claims, Feb. 1, 2020)

*Heike v. Guevara*, 2010 WL 538300 (E.D. Mich. Feb. 9, 2010), aff'd, 519 F. App'x 911 (6th Cir. 2013)

*Nehls v. Hillsdale Coll.*, 178 F. Supp. 2d 771 (E.D. Mich. 2001), aff'd, 65 F. App'x 984 (6th Cir. 2003)

*Odom v. Univ. of Mich.*, 2017 WL 2117978 (E.D. Mich. May 16, 2017)

*Ryniewicz v. Clarivate Analytics*, 803 F. App'x 858 (6th Cir. 2020)

*Smith v. Wrigley Mfg.*, 749 F. App'x 446 (6th Cir. 2018)

*Stark v. City of Memphis*, 2020 WL 8770177 (W.D. Tenn. Feb. 18, 2020), *report and recommendation adopted*, 2021 WL 597880 (W.D. Tenn. Feb. 16, 2021)

*Terhune v. Frank*, 1993 WL 316006 (W.D. Mich. Apr. 23, 1993)

*Thomas v. Noder-Love*, 621 F. App'x 825 (6th Cir. 2015)

*Urban Associates, Inc. v. Standex Elecs., Inc.*, 216 Fed. App'x. 495 (6th Cir. 2007)

*Whiting v. Allstate Ins. Co.*, 433 F. App'x 395 (6th Cir. 2011)