# EXHIBIT 6

# MICHIGAN STATE
## U N I V E R S I T Y

August 12, 2022

Sanjay Gupta, Ph.D.
Broad College of Business
North Business Building
632 Bogue St Rm N520
East Lansing, MI 48824

Dear Dr. Gupta,

I write in follow-up to the meeting you had with Provost Woodruff today, August 12, 2022. As a result of discussions in that meeting, your service as Dean of the Broad College of Business ended today, August 12, 2022.

This letter outlines the conditions for your transition from Dean back to the faculty in the Department of Accounting and Information Systems. Effective, August 12, 2022, you will return to the faculty as a tenured professor, unaccompanied by a named or endowed professorship.



**OFFICE OF THE PROVOST**

Michigan State University
Hannah Administration Building
426 Auditorium Road, Room 430
East Lansing, Michigan 48824

Phone: 517-355-6550
Fax: 517-355-9601
provost.msu.edu

Consistent with your appointment letter dated May 5, 2015, you will begin a six-month research assignment, effective today, August 12, 2022. Your research assignment will conclude on February 12, 2023. You are also eligible for a six-month sabbatical leave, which can immediately follow the research leave. To request a sabbatical leave, please complete the Sabbatical Leave Information Request Form and submit your request to the Provost.

If you choose to submit a sabbatical request, and it is approved, your sabbatical leave will commence on February 13, 2023 and will conclude on August 15, 2023. You will continue to report directly to Provost Woodruff during this time. During your research leave and sabbatical leave (if requested and approved), you will remain on an annual (AN, 12-month) year appointment, and the salary you received as Dean will remain unchanged during this time.

Effective August 16, 2023, you will return as a faculty member on an academic year (AY, 9 month) appointment to the Department of Accounting and Information Systems. Upon your return, your teaching load and assignment will be consistent with college policy and will be determined at the direction of the department chairperson and the Dean.

Your appointment letter dated May 5, 2015, describes the process for adjusting your salary to an AY salary when you return to regular faculty duties.

MSU is an affirmative-action, equal-opportunity employer.

*"In the event of a shift to regular faculty duties, your salary rate will be adjusted to the average salary rate of the five highest paid professors with tenure on an academic year basis (excluding administrators but including named professors/chairs and University Distinguished Professors) in the Eli Broad College of Business. However, the adjusted salary will be no less than your de-annualized salary."*

Your salary rate as Dean is $523,566. After a review of salaries within the Broad College of Business, we have determined that your return salary will be your de-annualized academic year (AY) faculty salary rate of $428,372.

Finally, in support of our efforts to provide an environment that is safe and free of both harassing and discriminatory behavior, you are formally required to complete training through the Office of Civil Rights and Title IX Education and Compliance prior to September 15, 2022. Please contact Karey Krohnfeldt, Acting Associate Vice President, to arrange for the training.

If you have questions related to return conditions, I am happy to address those at a future time.

Sincerely,

*Ann E. Austin*

Ann E. Austin, Ph.D.
Interim Associate Provost and Associate Vice President for Faculty and Academic Affairs

cc:   Teresa K. Woodruff, Ph.D.