UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANJAY GUPTA, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-00201 |
| | ) | |
| TERESA K. WOODRUFF, et al., | ) | Hon. Paul L. Maloney |
| current former employees of Michigan State University, sued in their personal and official capacities, jointly and severally, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**BRIEF SUPPORTING PLAINTIFF'S MOTION TO WITHDRAW
PLAINTIFF'S MOTION COMPEL RULE 26(f) CONFERENCE**

Plaintiff Dr. Sanjay Gupta respectfully requests that the Court grant Plaintiff's Motion to Withdraw Plaintiff's Motion Compel a Rule 26(f) Conference. Dkt. 12. On May 16, 2023, Plaintiff filed the Motion to Compel. *Id.* On May 24, 2023, the parties conducted a Rule 26(f) conference by telephone. At the end of the call, the parties agreed that the Rule 26(f) conference had been conducted. Plaintiff's Motion to Compel a Rule 26(f) Conference is therefore moot.

Dated: May 25, 2023

Respectfully submitted,

/s/  Nancy A. Temple
Nancy A. Temple
Richard Kapnick
William Bruce
Katten & Temple, LLP
209 S. LaSalle St., Ste. 950
Chicago, IL  60604
(312) 663-0800
ntemple@kattentemple.com
rkapnick@kattentemple.com
wbruce@kattentemple.com

1