UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANJAY GUPTA,` | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 1:23-cv-00201 |
| | ) | |
| TERESA K. WOODRUFF, et al., | ) | Hon. Paul L. Maloney |
|     Defendants. | ) | |

**LOCAL RULE 7.1(d) CERTIFICATE OF COMPLIANCE
IN SUPPORT OF PLAINTIFF'S MOTION TO WITHDRAW
<u>PLAINTIFF'S MOTION TO COMPEL RULE 26(f) CONFERENCE</u>**

I, Nancy Temple, represent Plaintiff Dr. Sanjay Gupta. In compliance with Local Rule 7.1(d), I certify that I, as Plaintiff's counsel, made the following efforts to confer in good faith with Defendants' counsel to resolve the dispute about having the Rule 26(f) conference.

1. After Plaintiff's Motion to Compel was filed, the parties agreed to conduct a Rule 26(f) conference. A Rule 26(f) telephone conference was held on May 24, 2023, and thus the motion is withdrawn as moot.

Dated: May 25, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/  *Nancy A. Temple*
　　　　　　　　　　　　　　　　　　　　Nancy A. Temple

Nancy A. Temple
Richard Kapnick
William Bruce
Katten & Temple, LLP
209 S. LaSalle St., Ste. 950
Chicago, IL  60604
(312) 663-0800
ntemple@kattentemple.com
rkapnick@kattentemple.com
wbruce@kattentemple.com

1