UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANJAY GUPTA,

    Plaintiff,

v.

TERESA K. WOODRUFF, et al.,

    Defendants.

_____/

Case No. 1:23-cv-201

HONORABLE PAUL L. MALONEY

### ORDER GRANTING MOTION TO WITHDRAW MOTION

Pending before the Court is Plaintiff's motion to withdraw a previously filed motion to compel Rule 26(f) conference (ECF No. 18). Plaintiff asserts the conference was held and the motion is moot. Therefore,

**IT IS HEREBY ORDERED** that the motion to withdraw motion to compel Rule 26(f) conference (ECF No. 18) is GRANTED.

**IT IS FURTHER ORDERED** that the motion to compel Rule 26(f) conference (ECF No. 12) is DISMISSED AS WITHDRAWN.

Dated:  May 26, 2023

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge