# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SANJAY GUPTA,

      Plaintiff,                                                Case No. 1:23-cv-00201

v.                                                       Hon. Paul L. Maloney

TERESA K. WOODRUFF, et al.,

      Defendants.

## LOCAL RULE 7.1(d) CERTIFICATE OF CONCURRENCE

The undersigned hereby certifies, pursuant to Local Civil Rule 7.1(d), that counsel for the Defendants did seek Plaintiff's counsel's concurrence in their Motion to Stay Discovery by way of email correspondence dated May 17, 2023 and during the parties' May 24, 2023 Rule 26(f) conference.  Plaintiff's counsel rejected the requests for concurrence, thereby making this motion necessary. The undersigned further certifies that the efforts undertaken by counsel for Defendants to seek Plaintiff's counsel's concurrence are described on pages 1-3 of the accompanying Motion to Stay Discovery.

Respectfully submitted,

| | |
|---|---|
| */s/ Steven F. Stapleton* | *s/  Charyn K. Hain (with permission)* |
| Steven F. Stapleton | Charyn K. Hain |
| Maria Cesira Fracassa Dwyer | Varnum Riddering Schmidt & Howlett LLP |
| Clark Hill PLC (Grand Rapids) | (Grand Rapids) |
| 200 Ottawa Ave., NW, Ste. 500 | Bridgewater Place |
| Grand Rapids, MI 49503 | 333 Bridge St., NW |
| (616) 608-1145 | P.O. Box 352 |
| Fax: (616) 608-1159 | Grand Rapids, MI 49501-0352 |
| sstapleton@clarkhill.com | (616) 336-6297 |
| mdwyer@clarkill.com | ckhain@varnumlaw.com |
| *Counsel for Defendants Schmidtke and Towe* | *Counsel for Defendant Stanley* |

*/s/ Marisa Tara Darden (with permission)*
Marisa Tara Darden
Squire Patton Boggs LLP (Cleveland)
1000 Key Tower
127 Public Sq.
Cleveland, OH 44114
(216) 479-8627
Fax: (216) 479-8780
marisa.darden@squirepb.com
*Counsel for Defendant Austin*

*/s/ Uriel Abt (with permission)*
Uriel Abt
Law Office of Uri Abt PLLC
517 Wildwood Dr.
East Lansing, MI 48823
(517) 858-9410
uri@abtlawfirm.com
*Counsel for Defendant Guerrant*

*/s/ Paul Krieger (with permission)*
Krieger Kim & Lewin LLP
350 Fifth Ave., Ste. 7710
New York, NY 10118
(212) 390-9552
paul.krieger@kklllp.com
*Counsel for Defendant Woodruff*

*/s/ Adam Hollingsworth (with permission)*
Adam Hollingsworth
Jones Day (Cleveland)
North Point
901 Lakeside Ave.
Cleveland, OH 44114-1190
(216) 586-7235
ahollingsworth@jonesday.com
*Counsel for Defendant Jeitschko*

Dated: May 26, 2023

## CERTIFICATE OF SERVICE

    I hereby certify that on May 26, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                                       */s/ Steven F. Stapleton*
                                       Steven F. Stapleton
                                       Clark Hill PLC (Grand Rapids)
                                       *Counsel for Defendants Schmidtke and Towe*