# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Sanjay Gupta

v.

Teresa K. Woodruff, Thomas Jeitschko, Samuel L. Stanley, Nicole Schmidtke, Allison Towe, Ann Austin, Emily Gerkin Guerrant, Brian Quinn, Board of Trustees, Dianne Byrum, Dennis Denno, et al.

Case No. 23-cv-00201-PLM-RSK
Hon. Paul L. Maloney

TO: Brian Quinn
ADDRESS: Michigan State University
Office of General Counsel
Hannah Administration Building
426 Auditorium Road, Room 494
East Lansing, MI 48824

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Nancy Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
ntemple@kattentemple.com 312-663-0800

CLERK OF COURT

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933



By: Deputy Clerk     6/14/2023
                     Date

## PROOF OF SERVICE

This summons for _____Brian Quinn_____ was received by me on _____.
          (name of individual and title, if any)                    (date)

☐ I personally served the summons on the individual at _____
                                                         (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Sanjay Gupta

v.

Teresa K. Woodruff, Thomas Jeitschko, Samuel L. Stanley, Nicole Schmidtke, Allison Towe, Ann Austin, Emily Gerkin Guerrant, Brian Quinn, Board of Trustees, Dianne Byrum, Dennis Denno, et al.

Case No. 23-cv-00201-PLM-RSK
Hon. Paul L. Maloney

TO: Brianna Scott
ADDRESS: 6671 Windflower Way
Norton Shores, MI 49444

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Nancy Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
ntemple@kattentemple.com 312-663-0800

CLERK OF COURT



6/14/2023

By: Deputy Clerk                                       Date

## PROOF OF SERVICE

This summons for _____Brianna Scott_____ was received by me on _____.
(name of individual and title, if any)                                                  (date)

☐ I personally served the summons on the individual at _____
                                                                                                            (place where served)
on _____.
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                    (name of individual)
of process on behalf of _____ on _____.
                                            (name of organization)                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Sanjay Gupta

v.

Teresa K. Woodruff, Thomas Jeitschko, Samuel L. Stanley, Nicole Schmidtke, Allison Towe, Ann Austin, Emily Gerkin Guerrant, Brian Quinn, Board of Trustees, Dianne Byrum, Dennis Denno, et al.

Case No. 23-cv-00201-PLM-RSK
Hon. Paul L. Maloney

TO: Daniel Kelly
ADDRESS: 6372 Simler Drive
Clarkston, MI 48346

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
 P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Nancy Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
ntemple@kattentemple.com 312-663-0800

CLERK OF COURT



By: Deputy Clerk                         6/14/2023
                                          Date

## PROOF OF SERVICE

This summons for ___Daniel Kelly___ was received by me on _____.
(name of individual and title, if any)                (date)

☐ I personally served the summons on the individual at _____ on _____.
(place where served)  (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)  (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Sanjay Gupta

v.

Teresa K. Woodruff, Thomas Jeitschko, Samuel L. Stanley, Nicole Schmidtke, Allison Towe, Ann Austin, Emily Gerkin Guerrant, Brian Quinn, Board of Trustees, Dianne Byrum, Dennis Denno, et al.

Case No. 23-cv-00201-PLM-RSK
Hon. Paul L. Maloney

TO: Dennis Denno
ADDRESS: 410 Clarendon Road
East Lansing, MI 48823

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Nancy Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
ntemple@kattentemple.com 312-663-0800

CLERK OF COURT



6/14/2023

By: Deputy Clerk                                          Date

## PROOF OF SERVICE

This summons for ____Dennis Denno____ was received by me on _____.
(name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                  (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                            (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

                                                              _____
                                                                Server's signature

Additional information regarding attempted service, etc.:
                                                              _____
                                                                Server's printed name and title

                                                              _____
                                                                Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Sanjay Gupta

v.

Teresa K. Woodruff, Thomas Jeitschko, Samuel L. Stanley, Nicole Schmidtke, Allison Towe, Ann Austin, Emily Gerkin Guerrant, Brian Quinn, Board of Trustees, Dianne Byrum, Dennis Denno, et al.

Case No. 23-cv-00201-PLM-RSK
Hon. Paul L. Maloney

TO: Sandy Pierce
ADDRESS: 2025 Woodward Ave
Detroit, MI 48226

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Nancy Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
ntemple@kattentemple.com 312-663-0800

CLERK OF COURT



6/14/2023

By: Deputy Clerk                                  Date

## PROOF OF SERVICE

This summons for _____Sandy Pierce_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                         (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                            _____
                                                            Server's signature

Additional information regarding attempted service, etc.:
                                                            _____
                                                            Server's printed name and title

                                                            _____
                                                            Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Sanjay Gupta

v.

Teresa K. Woodruff, Thomas Jeitschko, Samuel L. Stanley, Nicole Schmidtke, Allison Towe, Ann Austin, Emily Gerkin Guerrant, Brian Quinn, Board of Trustees, Dianne Byrum, Dennis Denno, et al.

Case No. 23-cv-00201-PLM-RSK
Hon. Paul L. Maloney

TO: Renee Knake Jefferson
ADDRESS: 885 Pebblebrook Lane
East Landing, MI 48823

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
 P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Nancy Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
ntemple@kattentemple.com 312-663-0800

CLERK OF COURT



6/14/2023

By: Deputy Clerk                                Date

---

## PROOF OF SERVICE

This summons for _____Renee Knake Jefferson_____ was received by me on _____.
(name of individual and title, if any)                                (date)

☐ I personally served the summons on the individual at _____
on _____.                                                (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                                   (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

  My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                              _____
                                                       Server's signature

Additional information regarding attempted service, etc.:    _____
                                                               Server's printed name and title

                                                             _____
                                                                   Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Sanjay Gupta

v.

Teresa K. Woodruff, Thomas Jeitschko, Samuel L. Stanley, Nicole Schmidtke, Allison Towe, Ann Austin, Emily Gerkin Guerrant, Brian Quinn, Board of Trustees, Dianne Byrum, Dennis Denno, et al.

Case No. 23-cv-00201-PLM-RSK
Hon. Paul L. Maloney

TO: Rema Vassar
ADDRESS: 19481 Canterbury Road
Detroit, MI 48221

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
 P.O. Box 698, 330 Federal Building, Marquette, MI  49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
   113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Nancy Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
ntemple@kattentemple.com 312-663-0800

CLERK OF COURT



6/14/2023

By: Deputy Clerk                                                                 Date

## PROOF OF SERVICE

This summons for _____Rema Vassar_____ was received by me on _____.
                         (name of individual and title, if any)                                  (date)

☐ I personally served the summons on the individual at _____
                                                                    (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

   My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                                                 Server's signature

Additional information regarding attempted service, etc.:

                                                                                 Server's printed name and title

                                                                                 Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Sanjay Gupta

v.

Teresa K. Woodruff, Thomas Jeitschko, Samuel L. Stanley, Nicole Schmidtke, Allison Towe, Ann Austin, Emily Gerkin Guerrant, Brian Quinn, Board of Trustees, Dianne Byrum, Dennis Denno, et al.

Case No. 23-cv-00201-PLM-RSK
Hon. Paul L. Maloney

TO: Kelly Tebay
ADDRESS: 5706 Wellesley Lane
Ypsilanti, MI 48197

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Nancy Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
ntemple@kattentemple.com 312-663-0800

CLERK OF COURT



By: Deputy Clerk          6/14/2023          Date

## PROOF OF SERVICE

This summons for _____Kelly Tebay_____ was received by me on _____.
(name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                            _____
                                                  Server's signature

Additional information regarding attempted service, etc.:
                                                  _____
                                                  Server's printed name and title

                                                  _____
                                                  Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Sanjay Gupta

v.

Teresa K. Woodruff, Thomas Jeitschko, Samuel L. Stanley, Nicole Schmidtke, Allison Towe, Ann Austin, Emily Gerkin Guerrant, Brian Quinn, Board of Trustees, Dianne Byrum, Dennis Denno, et al.

Case No. 23-cv-00201-PLM-RSK
Hon. Paul L. Maloney

TO: Dianne Byrum
ADDRESS: 4933 Bellevue Road
Onondaga, MI 49264

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Nancy Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
ntemple@kattentemple.com 312-663-0800

CLERK OF COURT



6/14/2023

By: Deputy Clerk                                           Date

## PROOF OF SERVICE

This summons for _____Dianne Byrum_____ was received by me on _____.
(name of individual and title, if any)                           (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                          (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                                 (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                 (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address