UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANJAY GUPTA, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-00201 |
| | ) | |
| TERESA K. WOODRUFF, et al., | ) | Hon. Paul L. Maloney |
| with individual defendants sued in | ) | |
| their personal and official capacities, | ) | |
| jointly and severally, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO ENTER CONFIDENTIALITY ORDER

For the reasons set forth in the accompanying Brief, pursuant to Fed. R. Civ. P. 26, Plaintiff respectfully requests that the Court grant its Motion to Enter Confidentiality Order that is attached to the Brief as Exhibit A. Pursuant to Local Rule 7.1(d), the attached certificate describes Plaintiff counsel's good-faith efforts to resolve the parties' dispute in connection with this Motion.

Dated: June 14, 2023

Respectfully submitted,

/s/  Nancy A. Temple
Nancy A. Temple
Richard Kapnick
William Bruce
Katten & Temple, LLP
209 S. LaSalle St., Ste. 950
Chicago, IL  60604
(312) 663-0800
ntemple@kattentemple.com
rkapnick@kattentemple.com
wbruce@kattentemple.com

1