UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANJAY GUPTA,

      Plaintiff,                             Case No. 1:23-cv-00201

v.                                              Hon. Paul L. Maloney

TERESA K. WOODRUFF, et al.,

      Defendants.
_____/

## STIPULATED ORDER REGARDING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT

This matter comes before the Court regarding the deadline to respond to Plaintiff's First Amended Complaint (ECF No. 27) by Defendants Teresa K. Woodruff, Thomas Jeitschko, Samuel L. Stanley, Jr., Nicole Schmidtke, Allison Towe, Ann Austin and Emily Gerkin Guerrant. Plaintiff and these Defendants stipulate as follows:

1. Defendants Teresa K. Woodruff, Thomas Jeitschko, Samuel L. Stanley, Jr., Nicole Schmidtke, Allison Towe, Ann Austin and Emily Gerkin Guerrant shall respond to Plaintiff's First Amended Complaint (ECF No. 27) on or before July 14, 2023.

2. At this time, these Defendants intend to file a single, omnibus motion to dismiss in lieu of filing separate answers, and if they do so, such omnibus motion shall not exceed 17,000 words. If, however, one or more of these Defendant(s) chooses to file his or her own motion(s) to dismiss, the length of such motion(s) will be governed by the Local Rules of this Court.

**SO ORDERED.**

DATE: June 26, 2023                              /s/ Paul L. Maloney
                                                               **Hon. Paul L. Maloney**
                                                               **U.S. District Court Judge**

STIPULATED AND AGREED BY:

/s/ Steven F. Stapleton
Steven F. Stapleton
Maria Cesira Fracassa Dwyer
Clark Hill PLC (Grand Rapids)
200 Ottawa Ave., NW, Ste. 500
Grand Rapids, MI 49503
(616) 608-1145
Fax: (616) 608-1159
sstapleton@clarkhill.com
mdwyer@clarkill.com
*Counsel for Defendants Schmidtke and Towe*

/s/ Marisa Tara Darden (with permission)
Marisa Tara Darden
Squire Patton Boggs LLP (Cleveland)
1000 Key Tower
127 Public Sq.
Cleveland, OH 44114
(216) 479-8627
Fax: (216) 479-8780
marisa.darden@squirepb.com
*Counsel for Defendant Austin*

/s/ Nancy A. Temple (with permission)
Nancy A. Temple
Matthew Koschnitzki
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
(312) 663-0800
ntemple@kattentemple.com
mkoschnitzki@kattentemple.com
*Counsel for Plaintiff*

Dated: **June 23, 2023**

/s/ Charyn K. Hain (with permission)
Charyn K. Hain
Varnum Riddering Schmidt & Howlett LLP (Grand Rapids)
Bridgewater Place
333 Bridge St., NW
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6297
ckhain@varnumlaw.com
*Counsel for Defendant Stanley*

/s/ Uriel Abt (with permission)
Uriel Abt
Law Office of Uri Abt PLLC
517 Wildwood Dr.
East Lansing, MI 48823
(517) 858-9410
uri@abtlawfirm.com
*Counsel for Defendant Guerrant*

/s/ Paul Krieger (with permission)
Krieger Kim & Lewin LLP
350 Fifth Ave., Ste. 7710
New York, NY 10118
(212) 390-9552
paul.krieger@kklllp.com
*Counsel for Defendant Woodruff*

/s/ Adam Hollingsworth (with permission)
Adam Hollingsworth
Jones Day (Cleveland)
North Point
901 Lakeside Ave.
Cleveland, OH 44114-1190
(216) 586-7235
ahollingsworth@jonesday.com
*Counsel for Defendant Jeitschko*