UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANJAY GUPTA,

        Plaintiff,                               Case No. 1:23–cv–201

        v.                                   Hon. Paul L. Maloney

TERESA K. WOODRUFF, et al.,

        Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | motion to stay (ECF No. 22)<br>Motion for Protective Order (ECF No. 31) |
| Date/Time: | August 3, 2023   01:30 PM |
| District Judge: | Paul L. Maloney |
| Place/Location: | 174 Federal Building, Kalamazoo, MI |

PAUL L. MALONEY
United States District Judge

Dated:  July 5, 2023        By:    _/s/ Amy C. Redmond_____
                                        Case Manager