UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANJARY GUPTA,

      Plaintiff,

v.

TERESA K. WOODRUFF, et al.,

      Defendants.

Case No. 1:23-cv-00201

Hon. Paul L. Maloney

---

**STIPULATED ORDER REGARDING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND RELATED BRIEFING SCHEDULE**

This matter comes before the Court on the Parties' stipulation regarding Defendants' deadline to respond to the Amended Complaint, and to establish an orderly briefing schedule related to Defendants' anticipated motion(s) to dismiss in lieu of answers, as follows:

1. Defendants shall respond to Plaintiff's First Amended Complaint (ECF No. 27) on or before July 14, 2023.

2. Defendants currently intend to file an omnibus motion to dismiss in lieu of answers, and if they do so, such omnibus motion shall not exceed 19,000 words.  If, however, one or more of the Defendants chooses to file their own motion(s) to dismiss, the length of such motion(s) will be governed by the Local Rules of this Court.

3. This Order supersedes ECF No. 49 (PageID.864).

**SO ORDERED.**


DATE:  July 6, 2023

/s/ Paul L. Maloney
**Hon. Paul L. Maloney**
**U.S. District Court Judge**

**STIPULATED AND AGREED ON THIS 5th DAY OF JULY 2023 BY:**

Respectfully submitted,

*/s/ Nancy A. Temple (with permission)*
Nancy A. Temple
Matthew Koschnitzki
Katten & Temple, LLP
209 S. LaSalle Street,
Suite 950
Chicago, IL 60604
(312) 663-0800
ntemple@kattentemple.com
mkoschnitzki@kattentemple.com
*Counsel for Plaintiff*

*/s/ Steven F. Stapleton (with permission)*
Steven F. Stapleton
Maria Cesira Fracassa Dwyer
Clark Hill PLC (Grand Rapids)
200 Ottawa Ave., NW, Ste. 500
Grand Rapids, MI 49503
(616) 608-1145
sstapleton@clarkhill.com
mdwyer@clarkill.com
*Counsel for Defendants Schmidtke and Towe*

*/s/ Marisa Tara Darden (with permission)*
Marisa Tara Darden
Squire Patton Boggs LLP (Cleveland)
1000 Key Tower
127 Public Sq.
Cleveland, OH 44114
(216) 479-8627
Fax: (216) 479-8780
marisa.darden@squirepb.com
*Counsel for Defendant Austin*

*/s/ Paul Krieger (with permission)*
Krieger Kim & Lewin LLP
350 Fifth Ave., Ste. 7710
New York, NY 10118
(212) 390-9552
paul.krieger@kklllp.com
*Counsel for Defendant Woodruff*

*/s/ Scott R. Eldridge*
Scott R. Eldridge
Ashley N. Higginson
Miller Canfield, PLC
One Michigan Avenue
Suite 900
Lansing, MI 48933
(517) 483-4918
Eldridge@millercanfield.com
*Counsel for Defendant Quinn*

*/s/ Patrick Hickey (with permission)*
Patrick F. Hickey
Hickey Hauck Bishoff Jeffers & Seabolt, PLLC
One Woodward Avenue
Suite 2000
Detroit, Michigan 48226
(313) 964-9079
phickey@hhbjs.com
*Counsel for Defendants MSU Board and Trustee Defendants Byrum, Kelly, Pierce, Scott, Tebay, and Vassar*

s/ *Charyn K. Hain (with permission)*
Charyn K. Hain
Varnum Riddering Schmidt & Howlett LLP (Grand Rapids)
Bridgewater Place
333 Bridge St., NW
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6297
ckhain@varnumlaw.com
*Counsel for Defendant Stanley*

*/s/ Uriel Abt (with permission)*
Uriel Abt
Law Office of Uri Abt PLLC
517 Wildwood Dr.
East Lansing, MI 48823

*/s/ Roger L. Wotila (with permission)*
David L. Porteous
Roger L. Wotila
McCurdy Wotila & Porteous
123 West Upton Ave.
Reed City, MI 49677
Phone: (231) 832-3231
Fax: 231-832-3341
davep@mwplegal.com
roger@mwplegal.com
*Counsel for Defendant Trustee Jefferson*

(517) 858-9410
uri@abtlawfirm.com
*Counsel for Defendant Guerrant*

*/s/ Adam Hollingsworth (with permission)*
Adam Hollingsworth
Jones Day (Cleveland)
North Point
901 Lakeside Ave.
Cleveland, OH 44114-1190
(216) 586-7235
ahollingsworth@jonesday.com
*Counsel for Defendant Jeitschko*

*/s/ Muneeb A. Ahmad (with permission)*
Muneeb A. Ahmad
Just Right Law
811 N Main St Ste 106
Royal Oak, MI  48067-1825
(248) 519-2313
muneeb@justrightlaw.com
*Counsel for Defendant Trustee Denno*