IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SANJAY GUPTA, an individual, | )<br>) |
| Plaintiff, | )<br>)   Case No. 1:23-cv-00201-PLM-RSK |
| v. | )<br>) |
| TERESA K. WOODRUFF; THOMAS JEITSCHKO; SAMUEL L. STANLEY; JR.; NICOLE SCHMIDTKE; ALLISON TOWE; ANN AUSTIN; EMILY GERKIN GUERRANT; and BRIAN QUINN, current and former employees of Michigan State University, sued in his or her personal and official capacities, jointly and severally; and the BOARD OF TRUSTEES, by and through Trustees DIANNE BYRUM, DENNIS DENNO, DANIEL KELLY, RENEE KNAKE JEFFERSON, SANDY PIERCE, BRIANNA SCOTT, KELLY TEBAY, and REMA VASSAR, sued in his or personal and official capacities, jointly and severally, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### NOTICE OF SERVICE OF DISCOVERY

Plaintiff Sanjay Gupta gives notice that they served on all parties (1) Gupta's First Document Requests to Defendants Woodruff, Jeitschko, Stanley, Schmidtke, Towe, Austin, and Guerrant, and (2) Gupta's First Set of Interrogatories to Defendants Woodruff, Jeitschko, Stanley, Schmidtke, Towe, Austin, and Guerrant by email on July 10, 2023.

Dated: July 10, 2023                                Respectfully submitted,

                                                    */s/ Nancy A. Temple*
                                                       Nancy A. Temple
                                                       Katten & Temple, LLP
                                                       209 S. LaSalle St., Ste. 950
                                                       Chicago, IL 60604
                                                       (312) 663-0800
                                                       ntemple@kattentemple.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 10, 2023, I electronically filed the foregoing Notice of Service of Discovery with the Clerk of the Court using the CM/ECF system which sent notification of filing to all counsel of record.

*/s/ Nancy A. Temple*

Nancy A. Temple
Katten & Temple, LLP
209 S. LaSalle St., Ste. 950
Chicago, IL 60604
(312) 663-0800
ntemple@kattentemple.com