**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SANJAY GUPTA,

       Plaintiff,                                   Case No. 1:23-cv-00201-PLM-RSK

v.                                                                         Hon. Paul L. Maloney

TERESA K. WOODRUFF, et al.,

       Defendants.

---

## EXHIBIT LIST

### DEFENDANTS' BRIEF IN SUPPORT OF OMNIBUS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

**Exhibit 1**    Relationship Violence and Sexual Misconduct and Title IX Policy ("RVSM Policy")

**Exhibit 2**    University Reporting Protocol: RVSM, effective August 14, 2020 (the "Protocol")

**Exhibit 3**    OIE Failure to Mandatory Report Memorandum, Case No 2022-00907, dated August 8, 2022

**Exhibit 4**    Memorandum from Austin to Woodruff, dated August 8, 2022

**Exhibit 5**    Resignation e-mail from Plaintiff to Michigan State University employees, dated August 12, 2022

**Exhibit 6**    Michigan State University Bylaws for Academic Governance, April 2022

**Exhibit 7**    Unpublished Cases

                  *Anderson v. Ohio State University*, 26 F. App'x 412 (6th Cir. 2001)

                  *Bullock v. Bd. Of Regents of State Univ. and Comm. Coll. Sys. of State of Tenn.*, 1989 WL 140167 (6th Cir. Nov. 21, 1989)

                  *Chauhan v. Baker*, 1988 WL 137332 (6th Cir. Dec. 23, 2023)

                  *Dvorak v. Wright State Univ.*, 1997 WL 1764779 (S.D. Ohio Sept. 3, 1997)

*Genesee Intermediate Sch. Dist. V. City of Flint Sch. Dist.*, 2020 WL 4915430 (Mich. Ct. App. Aug. 20, 2020)

*George v. Wayne Cty.*, 1997 WL 33350581 (Mich. Ct. App. Apr. 18, 1997)

*Guzall v. Michigan State Univ.*, Case No. 20-000189-MK (Mich. Ct. Cl. Feb. 1, 2020)

*Heike v. Cent. Mich. Univ. Bd. of Trs.*, 2011 WL 2602004 (E.D. Mich. July 1, 2011)

*Heike v. Guevara*, 519 F. App'x 911 (6th Cir. 2013)

*Marjorie L. Terhune, et al. v Scott Frank, et al*, 1993 WL 316006 (1993)

*Mitchell v. Ohio State University*, 2020 WL 5250459 (S.D. Ohio Sept. 3, 2020)

*Nehls v. Hillsdale Coll. ("Nehls II")*, 65 F. App'x 984 (6th Cir. 2003)

*Odom v. Univ. of Mich.*, 2017 WL 2117978 (E.D. Mich. May 16, 2017)

*Ryniewicz v. Clarivate Analytics*, 803 F. App'x 858 (6th Cir. 2020)

*Smith v. Wrigley Mfg. Co., LLC*, 749 F. App'x 446 (6th Cir. 2018)

*Thomas v. Noder-Love*, 621 F. App'x 825 (6th Cir. 2015)

*Toth v. City of Toledo*, 480 F. App'x 827 (6th Cir. 2012)

*Urban Assocs., Inc. v. Standex Elecs., Inc.*, 216 F. App'x. 495 (6th Cir. 2007)

*Whiting v. Allstate Ins. Co.*, 433 F. App'x 395 (6th Cir. 2011)

*Yerkes v. Ohio State Highway Patrol*, 2022 WL 17753528 (6th Cir. Dec. 19, 2022)