UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SANJAY GUPTA, an individual, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-00201 |
| TERESA K. WOODRUFF, et al., with individual defendants sued in their personal and official capacities, jointly and severally, | ) Hon. Paul L. Maloney |
| Defendants. | ) |

**PLAINTIFF'S AMENDED AND UNOPPOSED MOTION FOR LEAVE TO FILE ATTACHED RESPONSE TO CONCURRENCE OF NEWLY ADDED DEFENDANTS TO INITIAL DEFENDANTS': (1) OMNIBUS MOTION FOR STAY AND (2) OPPOSITION TO MOTION FOR CONFIDENTIALITY ORDER**

Plaintiff Dr. Sanjay Gupta respectfully files this Amended Motion for Leave to reflect that no Defendants filing to the Concurrence, (ECF No. 57), oppose Plaintiffs' Motion for Leave to File a Response, (ECF Nos. 58), including counsel for Defendant Denno who had not been reached when the Motion for Leave was filed. The Response is approximately three pages and only addresses the new matters raised by the Concurrence. *See* ECF No. 58-1. A Local Rule 7.1(d) Certificate is also attached.

Dated: July 31, 2023                    Respectfully submitted,

                                        /s/ Nancy A. Temple
                                        Nancy A. Temple
                                        Richard Kapnick
                                        William Bruce

1

Katten & Temple, LLP
209 S. LaSalle St., Ste. 950
Chicago, IL  60604
(312) 663-0800
ntemple@kattentemple.com
rkapnick@kattentemple.com
wbruce@kattentemple.com

2