UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANJAY GUPTA, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-00201 |
| | ) | |
| TERESA K. WOODRUFF, et al., | ) | Hon. Paul L. Maloney |
| with individual defendants sued in | ) | |
| their personal and official capacities, | ) | |
| jointly and severally, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED ORDER REGARDING DEADLINE TO RESPOND
TO MOTION TO DISMISS**

This matter comes before the Court on the Parties' stipulation regarding Plaintiff's deadline to respond to Defendants' Motion to Dismiss and to establish an amended briefing schedule as follows:

1. Plaintiff shall file his response to Defendants' Motion to Dismiss on or before August 18, 2023.

2. Defendants shall file their reply to their Motion to Dismiss on or before September 8, 2023.

SO ORDERED:


Date:_____                                    _____
                                                     Hon. Paul L. Maloney
                                                     U.S. District Court Judge

STIPULATED AND AGREED ON THIS 3rd Day of AUGUST 2023 By:

Respectfully submitted,

/s/ Nancy A. Temple
Nancy A. Temple
Katten & Temple, LLP
209 S. LaSalle Street,
Suite 950
Chicago, IL 60604
(312) 663-0800
ntemple@kattentemple.com
Counsel for Plaintiff

/s/ Steven F. Stapleton (with permission)
Steven F. Stapleton
Maria Cesira Fracassa Dwyer
Clark Hill PLC (Grand Rapids)
200 Ottawa Ave., NW, Ste. 500
Grand Rapids, MI 49503
(616) 608-1145
sstapleton@clarkhill.com
mdwyer@clarkill.com
Counsel for Defendants Schmidtke and Towe

/s/ Marisa Tara Darden (with permission)
Marisa Tara Darden
Ariel Cohen
Squire Patton Boggs LLP (Cleveland)
1000 Key Tower 127 Public Sq.
Cleveland, OH 44114
(216) 479-8627
marisa.darden@squirepb.com
ariel.cohen@squirepb.com
Counsel for Defendant Austin

/s/ Paul Krieger (with permission)
Paul Krieger
Jonathan Bolz
Krieger Kim & Lewin LLP
350 Fifth Ave., Ste. 7710
New York, NY 10118
(212) 390-9552
paul.krieger@kklllp.com

/s/ Scott R. Eldridge (with permission)
Scott R. Eldridge
Ashley N. Higginson
Miller Canfield, PLC
One Michigan Avenue
Suite 900
Lansing, MI 48933
(517) 483-4918
Eldridge@millercanfield.com
Counsel for Defendant Quinn

/s/ Patrick Hickey (with permission)
Patrick F. Hickey
Benjamin W. Jeffers
Andrew M. Gonyea
Hickey Hauck Bishoff Jeffers & Seabolt, PLLC
One Woodward Avenue
Suite 2000
Detroit, Michigan 48226
(313) 964-9079
phickey@hhbjs.com
bjeffers@hhbjs.com
agonyea@hhbjs.com
Counsel for Defendants MSU Board and Trustee Defendants Byrum, Kelly, Pierce, Scott, Tebay, and Vassar

s/ Charyn K. Hain (with permission)
Charyn K. Hain
Varnum Riddering Schmidt & Howlett LLP (Grand Rapids)
Bridgewater Place 333 Bridge St., NW
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6297
ckhain@varnumlaw.com
Counsel for Defendant Stanley

2

jonathan.bolz@kklllp.com
*Counsel for Defendant Woodruff*

*s/ Roger L. Wotila (with permission)*
David L. Porteous
Roger L. Wotila
McCurdy Wotila & Porteous
123 West Upton Ave.
Reed City, MI 49677
Phone: (231) 832-3231
Fax: 231-832-3341
davep@mwplegal.com
roger@mwplegal.com
*Counsel for Defendant Trustee Jefferson*


*/s/ Adam Hollingsworth (with permission)*
Adam Hollingsworth
Stephanie Wojtasik
Jones Day (Cleveland)
North Point 901 Lakeside Ave.
Cleveland, OH 44114-1190
(216) 586-7235
ahollingsworth@jonesday.com
swojtasik@jonesday.com

*Counsel for Defendant Jeitschko*

*/s/ Uriel Abt (with permission)*
Uriel Abt
Law Office of Uri Abt PLLC 517
Wildwood Dr.
East Lansing, MI 48823
(517) 858-9410
uri@abtlawfirm.com
*Counsel for Defendant Guerrant*

*/s/ Muneeb A. Ahmad (with permission)*
Muneeb A. Ahmad
Syed Akbar
Just Right Law
811 N Main St Ste 106
Royal Oak, MI 48067-1825
(248) 519-2313
muneeb@justrightlaw.com
*hussain@ahmadandakbar.com*
*Counsel for Defendant Trustee Denno*