UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANJAY GUPTA, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-00201 |
| | ) | |
| v. | ) | Hon. Paul L. Maloney |
| | ) | |
| TERESA K. WOODRUFF, et al., | ) | |

**EXHIBIT INDEX**

1. FASA Case Management Document

2. August 18, 2022 Woodruff letter to MSU Board

3. Script for August 12 meeting

4. Unpublished cases

   *Avery v. Benson*, 831 F. App'x. 207, (Mem)

   *Cox v. Shelby State Community College*, 48 Fed.Appx. 500 (6th Cir. 2002)

   *Devlin v. Kalm*, 531 F. App'x 697 (6th Cir. 2013)

   *Doe v. Univ. of Michigan,* No. 22-1654, 2023 WL 5346021 (6th Cir. Aug. 21, 2023)

   *Garcia v. Alticor, Inc.,* No. 1:20-CV-1078, 2022 WL 19919753 (W.D. Mich. Aug. 23, 2022)

   *Inspire Med. Billing, LLC v. HMR Funding, LLC*, No. 20-CV-10658, 2020 WL 5569825 (E.D. Mich. Sept. 17, 2020)

   *Merlino v. MGM Grand Detroit. LLC,*
   No. 247165, 2004 WL 2050305 (Mich. App. Sept. 14, 2004)

   *Roche Diagnostics Corp v. Shaya*,
   No. 19-CV-10264, 2021 WL 3202071 (E.D. Mich. July 28, 2021)

      *Rockwell Med., Inc. v. Yocum*,
        No. 13-10480, 2014 WL 2965307 (E.D. Mich. June 26, 2014)

Dated:  August 25,  2023          Respectfully submitted,

           /s/  *Nancy A. Temple*
           Nancy A. Temple
           William Bruce
           Katten & Temple, LLP
           209 S. LaSalle St., Ste. 950
           Chicago, IL  60604
           (312) 663-0800
           ntemple@kattentemple.com
           wbruce@kattentemple.com