UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANJAY GUPTA, an individual, | ) | Case No. 1:23-cv-00201 |
| Plaintiff, | ) | |
| | ) | Hon. Paul L. Maloney |
| vs. | ) | |
| | ) | **MOTION OF WITHDRAW OF** |
| | ) | **ELIZABETH A. SAFIER** |
| TERESA K. WOODRUFF, et al., | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that the undersigned counsel, Elizabeth A. Safier, Esq., hereby withdraws as counsel of record for Defendant Ann Austin ("Austin") and should be removed from the docket, all service lists, and all notifications on the above-entitled action. Marisa T. Darden, Esq. will remain as counsel of record for Austin.

Respectfully submitted,

*/s/ Elizabeth A. Safier*
Elizabeth A. Safier (0101368)
elizabeth.safier@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114-1304
Telephone: +1.216.479.8500
Fax: +1.216.479.8780

*Attorney for Defendant, Ann Austin*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Elizabeth A. Safier
Elizabeth A. Safier

*One of the Attorneys for Defendant,
Ann Austin*