UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SANJAY GUPTA, an individual, | |
| Plaintiff, | |
| v. | Case No. 1:23-cv-00201 |
| TERESA K. WOODRUFF, et al., with individual defendants sued in their personal and official capacities, jointly and severally, | Hon. Paul L. Maloney |
| Defendants. | |

**STIPULATED ORDER TO DISMISS**

This matter comes before the Court on the Parties' stipulation to dismiss this case with prejudice as follows:

This matter is dismissed with prejudice with each party bearing their own costs and attorney fees except as provided in the parties' settlement agreement.

SO ORDERED:

Date:_____

_____
Hon. Paul L. Maloney
U.S. District Court Judge

STIPULATED AND AGREED ON THIS 4th Day of FEBRUARY 2025 By:

Respectfully submitted,

*/s/ Nancy A. Temple*
Nancy A. Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
(312) 663-0800
ntemple@kattentemple.com
*Counsel for Plaintiff*

*/s/ Steven F. Stapleton (with permission)*
Steven F. Stapleton
Maria Cesira Fracassa Dwyer
Clark Hill PLC (Grand Rapids)
200 Ottawa Ave., NW, Ste. 500
Grand Rapids, MI 49503
(616) 608-1145
sstapleton@clarkhill.com
mdwyer@clarkill.com
*Counsel for Defendants Schmidtke and Towe*

*/s/ Marisa Tara Darden (with permission)*
Marisa Tara Darden
Benesch Friedlander Coplan & Aronoff LLP (Cleveland)
127 Public Square, Ste. 4900
Cleveland, OH 44114
(216) 363-4440
mdarden@beneschlaw.com
*Counsel for Defendant Austin*

*/s/ Patrick Hickey (with permission)*
Patrick F. Hickey
Benjamin W. Jeffers
Andrew M. Gonyea
Hickey Hauck Bishoff Jeffers & Seabolt, PLLC
One Woodward Avenue
Suite 2000
Detroit, Michigan 48226
(313) 964-9079
phickey@hhbjs.com
bjeffers@hhbjs.com
agonyea@hhbjs.com
*Counsel for Defendants MSU Board and Trustee Defendants Byrum, Kelly, Pierce, Scott, Tebay, and Vassar*

*/s/ Scott R. Eldridge (with permission)*
Scott R. Eldridge
Ashley N. Higginson
Miller Canfield, PLC
One Michigan Avenue
Suite 900
Lansing, MI 48933
(517) 483-4918
Eldridge@millercanfield.com
*Counsel for Defendant Quinn*

*s/ Charyn K. Hain (with permission)*
Charyn K. Hain
Varnum Riddering Schmidt & Howlett LLP (Grand Rapids)
Bridgewater Place 333 Bridge St., NW
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6297
ckhain@varnumlaw.com
*Counsel for Defendant Stanley*

2

*/s/ Paul Krieger (with permission)*
Paul Krieger
Jonathan Bolz
Krieger Kim & Lewin LLP
350 Fifth Ave., Ste. 7710
New York, NY 10118
(212) 390-9552
paul.krieger@kklllp.com
jonathan.bolz@kklllp.com
*Counsel for Defendant Woodruff*

s/ *Roger L. Wotila (with permission)*
David L. Porteous
Roger L. Wotila
McCurdy Wotila & Porteous
123 West Upton Ave.
Reed City, MI 49677
Phone: (231) 832-3231
Fax: 231-832-3341
davep@mwplegal.com
roger@mwplegal.com
*Counsel for Defendant Trustee Jefferson*

*/s/ Adam Hollingsworth (with permission)*
Adam Hollingsworth
Jones Day (Cleveland)
North Point 901 Lakeside Ave.
Cleveland, OH 44114-1190
(216) 586-7235
ahollingsworth@jonesday.com
*Counsel for Defendant Jeitschko*

*/s/ Uriel Abt (with permission)*
Uriel Abt
Law Office of Uri Abt PLLC 517 Wildwood Dr.
East Lansing, MI 48823
(517) 858-9410
uri@abtlawfirm.com
*Counsel for Defendant Guerrant*

*/s/ Muneeb A. Ahmad (with permission)*
Muneeb A. Ahmad
Syed Akbar
Ahmad & Akbar Law PLLC
811 N Main St., Ste. 301
Royal Oak, MI 48067
(248) 519-2313
Fax: (248) 519-2399
muneeb@ahmadandakbar.com
hussain@ahmadandakbar.com
*Counsel for Defendant Trustee Denno*

3