## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SANJAY GUPTA, an individual,           )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )        Case No. 1:23-cv-00201
                                       )
TERESA K. WOODRUFF, et al.,            )        Hon. Paul L. Maloney
with individual defendants sued in     )
their personal and official capacities,)
jointly and severally,                 )
                                       )
            Defendants.                )

## STIPULATED ORDER TO DISMISS

This matter comes before the Court on the Parties' stipulation to dismiss this case with prejudice as follows:

This matter is dismissed with prejudice with each party bearing their own costs and attorney fees except as provided in the parties' settlement agreement.


SO ORDERED:


Date: February 4, 2025                          /s/ Paul L. Maloney
                                                Hon. Paul L. Maloney
                                                U.S. District Court Judge

1

STIPULATED AND AGREED ON THIS 4th Day of FEBRUARY 2025 By:

Respectfully submitted,

/s/ Nancy A. Temple
Nancy A. Temple
Katten & Temple, LLP
209 S. LaSalle Street,
Suite 950
Chicago, IL 60604
(312) 663-0800
ntemple@kattentemple.com
Counsel for Plaintiff

/s/ Steven F. Stapleton (with permission)
Steven F. Stapleton
Maria Cesira Fracassa Dwyer
Clark Hill PLC (Grand Rapids)
200 Ottawa Ave., NW, Ste. 500
Grand Rapids, MI 49503
(616) 608-1145
sstapleton@clarkhill.com
mdwyer@clarkill.com
Counsel for Defendants Schmidtke and
Towe

/s/ Marisa Tara Darden (with permission)
Marisa Tara Darden
Benesch Friedlander
Coplan & Aronoff LLP
(Cleveland)
127 Public Square, Ste.
4900
Cleveland, OH 44114
(216) 363-4440
mdarden@beneschlaw.c
om
Counsel for Defendant Austin

/s/ Patrick Hickey (with permission)
Patrick F. Hickey
Benjamin W. Jeffers
Andrew M. Gonyea
Hickey Hauck Bishoff Jeffers &
Seabolt, PLLC
One Woodward Avenue
Suite 2000
Detroit, Michigan 48226
(313) 964-9079
phickey@hhbjs.com
bjeffers@hhbjs.com
agonyea@hhbjs.com
Counsel for Defendants MSU Board
and Trustee Defendants Byrum, Kelly,
Pierce, Scott, Tebay, and Vassar

/s/ Scott R. Eldridge (with permission)
Scott R. Eldridge
Ashley N. Higginson
Miller Canfield, PLC
One Michigan Avenue
Suite 900
Lansing, MI 48933
(517) 483-4918
Eldridge@millercanfield.com
Counsel for Defendant Quinn

s/ Charyn K. Hain (with permission)
Charyn K. Hain
Varnum Riddering Schmidt & Howlett
LLP (Grand Rapids)
 Bridgewater Place 333 Bridge St., NW
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6297
ckhain@varnumlaw.com
Counsel for Defendant Stanley

*/s/ Paul Krieger (with permission)*
Paul Krieger
Jonathan Bolz
Krieger Kim & Lewin LLP
350 Fifth Ave., Ste. 7710
New York, NY 10118
(212) 390-9552
paul.krieger@kklllp.com
jonathan.bolz@kklllp.com
*Counsel for Defendant Woodruff*

*s/ Roger L. Wotila (with permission)*
David L. Porteous
Roger L. Wotila
McCurdy Wotila & Porteous
123 West Upton Ave.
Reed City, MI 49677
Phone: (231) 832-3231
Fax: 231-832-3341
davep@mwplegal.com
roger@mwplegal.com
*Counsel for Defendant Trustee Jefferson*

*/s/ Adam Hollingsworth (with permission)*
Adam Hollingsworth
Jones Day (Cleveland)
North Point 901 Lakeside Ave.
Cleveland, OH 44114-1190
(216) 586-7235
ahollingsworth@jonesday.com
*Counsel for Defendant Jeitschko*

*/s/ Uriel Abt (with permission)*
Uriel Abt
Law Office of Uri Abt PLLC 517
Wildwood Dr.
East Lansing, MI 48823
(517) 858-9410
uri@abtlawfirm.com
*Counsel for Defendant Guerrant*

*/s/ Muneeb A. Ahmad (with permission)*
Muneeb A. Ahmad
Syed Akbar
Ahmad & Akbar Law PLLC
811 N Main St., Ste. 301
Royal Oak, MI 48067
(248) 519-2313
Fax: (248) 519-2399
muneeb@ahmadandakbar.com
hussain@ahmadandakbar.com
*Counsel for Defendant Trustee Denno*

3